# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        212-465-1188
                        cklee@leelitigation.com

November 15, 2019

**VIA ECF**

The Honorable Debra C. Freeman, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| | | |
|---|---|---|
| | USDC SDNY | |
| | DOCUMENT | |
| | ELECTRONICALLY FILED | |
| | DOC #: _____ | |
| | DATE FILED: _11/18/19_ | |

Re:    *Leonardo v. ASC, Inc., et al.*
       Case No. 18 CV 3657 (DCF)

Dear Judge Freeman:

        We are counsel to Plaintiff in the above-referenced matter. We write to respectfully request extending the time to file the supplemental fairness by fourteen (14) days in order to have adequate time to contact Plaintiff, who currently resides in Mexico.

        This is the parties' first request for the relief requested herein. Currently, the deadline to file the supplemental fairness is November 15, 2019.

        We thank Your Honor for considering this matter.

Respectfully submitted,
*/s/ C.K. Lee*
C.K. Lee, Esq.
cc:      all parties via ECF

**SO ORDERED:    DATE:** _11/18/19_

_____

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**