# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

November 27, 2019

**VIA ECF**

The Honorable Debra C. Freeman, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Leonardo v. ASC, Inc., et al.*
            Case No. 18 CV 3657 (DCF)

Dear Judge Freeman:

     We are counsel to Plaintiff in the above-referenced matter. We write to respectfully clarify the status of the supplemental fairness the Court Ordered on November 8, 2019 (Docket No. 126). The Letter re: Supplemental Fairness filed on November 15, 2019 (Docket No. 128) that requested an extension of time to file the supplemental fairness was inadvertently filed by our office. We believe that the Declaration of Luis Arnaud filed on November 13, 2019 (Docket No. 127) satisfactorily responds to Your Honor's Order and we have no further submissions at this time.

     We thank Your Honor for considering this matter.

Respectfully submitted,
*/s/ C.K. Lee*
C.K. Lee, Esq.
cc:   all parties via ECF